IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEROME A. JOHNSON, ET AL, <br><br> Plaintiffs, <br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Civil Action No. 3:11-cv-03561-PGS-TJB <br><br> [PROPOSED] ORDER |

This matter having been brought before the Court by Defendant Home Depot U.S.A., Inc., through its counsel, and the Court having considered Defendant's submission in support of its request for the dismissal of its pending motions for summary judgment, and the Court having previously considered the submissions in support of the parties' joint motion to stay this action, and having stayed this action by Order dated July 8, 2013, and the Court finding that the interests of judicial economy and the best interests of the parties will be served by dismissing without prejudice Defendant's summary judgment motions, pending mediation,

**IT IS**, on this __17__ day of July, 2013,

**ORDERED** that Defendant's Motion for Summary Judgment Against Plaintiff Gayle Franks (ECF No. 58) and Motion for Summary Judgment Against Richard Scholz (ECF No. 73) are dismissed without prejudice to the right of

Defendant to refile its motions on or after September 30, 2013, pending the outcome of mediation.

_____
Honorable Peter G. Sheridan
United States District Judge